# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 03, 2014

Mr. John Christopher Alexander Sr.
Alexander Law Firm
3751 Government Street
Suite A
Baton Rouge, LA 70806-0000

          No. 13-31284    USA v. Reggie Guedry
                          USDC No. 3:13-CV-598

We have docketed the appeal as shown above, and ask you to use the
case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules
of **Appellate** Procedure.  We cannot accept motions submitted under
the Federal Rules of **Civil** Procedure.  We can address only those
documents the court directs you to file, or proper motions filed
in support of the appeal.  See FED R. APP. P. and 5TH CIR. R. 27 for
guidance.  Documents not authorized by these rules will not be
acknowledged or acted upon.

To receive the record for preparing your brief, counsel, including
CJA attorneys, must provide the appropriate district court with a
United Parcel Service, or similar commercial delivery service,
account number.  If you wish to receive exhibits, you must
specifically request them.  The district court will charge your
account for shipping you the record on appeal.  In the alternative,
you may contact a local courier or attorney support services firm
to pick up the record and ship it to you.  CJA counsel may add
these shipping fees to their vouchers.

Counsel who desire to appear in this case must electronically file
a "Form for Appearance of Counsel" within 14 days from this date.
You must name each party you represent, see FED R. APP. P. 12(b)
and 5TH CIR. R. 12.  The form is available from the Fifth Circuit
website, www.ca5.uscourts.gov.  If you fail to electronically file
the form, we will remove your name from the docket.  Pro se parties
do not need to file an appearance form.

Your motion for COA is pending in the district court.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

cc:  Mrs. Jennifer McDaniel Kleinpeter